### TIMOTHY WILLIAMS v. STATE OF FLORIDA

22 So. (2nd) 816                                    June Term, 1945
July 20, 1945                                         Division A

*Paul Lake,* for appellant, *J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

**STATE OF FLORIDA, on the Relation of Allis-Chalmer Manufacturing Company, v. J. M. LEE, as Comptroller of the State of Florida.**

22 So. (2nd) 813                                   June Term, 1945
July 20, 1945                                       En Banc

*Keen, Allen & O'Kelley,* for relator.

*J. Tom Watson,* Attorney General and *George M. Powell,* Assistant Attorney General, for respondent.

PER CURIAM:

The motion to quash the alternative writ is denied on authority of State ex rel. Russell Badgett et al., v. J. M. Lee, Comptroller, filed this day.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.